**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6551**

———————

SHAHEEN CABBAGESTALK,

　　　　　　　　Petitioner – Appellant,

　　　v.

WARDEN J. MCFADDEN,

　　　　　　　　Respondent - Appellee.

———————

**No. 15-7161**

———————

SHAHEEN CABBAGESTALK,

　　　　　　　　Petitioner – Appellant,

　　　v.

WARDEN J. MCFADDEN,

　　　　　　　　Respondent - Appellee.

———————

Appeals from the United States District Court for the District of South Carolina, at Orangeburg. Kaymani Daniels West, Magistrate Judge. (5:14-cv-03771-RMG-KDW); Richard Mark Gergel, District Judge. (5:14-cv-03771-RMG)

———————

Submitted: December 17, 2015　　　Decided: December 21, 2015

———————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Shaheen Cabbagestalk, Appellant Pro Se. Alphonso Simon, Jr., Assistant Attorney General, Donald John Zelenka, Senior Assistant Attorney General, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaheen Cabbagestalk seeks to appeal the district court's orders accepting the recommendation of the magistrate judge and denying relief on Cabbagestalk's 28 U.S.C. § 2254 (2012) petition, denying various motions to amend and for recusal, and denying his Fed. R. Civ. P. 59(e) motion.

These orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Cabbagestalk has not made the requisite showing for a certificate of appealability. Accordingly, we deny a

3

certificate of appealability and dismiss the appeal.  We deny all of Cabbagestalk's pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED